UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPHNET, INC., a Massachusetts corporation,
JOHN A. HIRSCH and RONALD W.
ZOLLA, individually and as shareholders of
ZHL, Inc., a Massachusetts corporation, and
KENNETH CRAM,

      Plaintiffs,

v.

MICHAEL LAMENSDORF, individually
and as a shareholder of ZHL, Inc., MICHAEL
LAMENSDORF, M.D., P.C., a Florida
professional corporation; BAYOU
JENNKAY, INC., a Florida corporation,
KATHY LAMENSDORF, individually and
as an officer of Bayou JennKay, Inc., and
ZHL, INC., a Massachusetts corporation,

      Defendants.

### AFFIDAVIT OF MATTHEW E. MILLER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Matthew E. Miller, of the attorneys for Defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou Jennkay, Inc. and Kathy Lamensdorf in this matter, submit this affidavit in support of Defendants' Notice of Removal.

1. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiffs' Second Amended Complaint dated July 31, 2002.

2. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Plaintiffs' Affidavit of Proof of Service as to the Defendant ZHL, Inc. dated September 18, 2002.

3. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a printout of the information Summary Screen for ZHL, Inc. I obtained through the Office of the Massachusetts Secretary of the Commonwealth's website.

4. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a letter from John Hirsch to Michael Lamensdorf, M.D., F.A.C.S. dated May 5, 2005.

5. Attached hereto as <u>Exhibit E</u> is a true and correct copy of John A. Hirsch's and Ronald W. Zolla's Amended Complaint for Declaratory Judgment dated April 6, 2005.

SIGNED THIS 10th DAY OF MAY 2005 UNDER PAINS AND PENALTIES OF PURJURY.

_____
Matthew E. Miller