UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>      Defendants. | **CIVIL ACTION NO. 05-10970-DPW** |

### ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH A. TSOMBANIDIS

Pursuant to Local Rule 83.5.3 of this Court, Matthew E. Miller, a member of the Bar of this Court who is an attorney with the firm of Foley Hoag, LLP, moves for the admission to the Bar of this Court, *pro hac vice*, of Joseph A. Tsombanidis, an associate of the firm of Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota Florida. As grounds for this Motion, the undersigned counsel respectfully represents the following:

    1.    Mr. Tsombanidis is and has been a member in good standing of the Bar of the State of Florida.

2.  No disciplinary proceedings or criminal charges have even been instituted against Mr. Tsombanidis, nor are any disciplinary proceedings pending against Mr. Tsombanidis as a member of the Bar in any jurisdiction.

3.  Mr. Tsombanidis is familiar with the facts and circumstances of this case.

4.  Mr. Tsombanidis is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  Plaintiffs have consented to this Motion.

6.  The Affidavit of Joseph A. Tsombanidis in support of this motion is attached hereto as Exhibit "A".

WHEREFORE, the undersigned counsel respectfully moves Mr. Tsombanidis's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

*/s/ Matthew E. Miller*
Brandon F. White, BBO# 525020
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: June 3, 2005

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I have conferred with counsel for plaintiffs regarding the above motion and he has assented to its allowance.

*/s/ Matthew E. Miller*
Matthew E. Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>      Defendants. | **CIVIL ACTION NO. 05-10970-DPW** |

### AFFIDAVIT OF JOSEPH A. TSOMBANIDIS, ESQ. IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, JOSEPH A. TSOMBANIDIS, Esq., hereby declare as follows:

1. I am and have been a member in good standing of the Bar of the State of Florida.

2. I am an associate at Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota, Florida, and am counsel to Michael Lamensdorf, individually and as a shareholder of ZHL, Inc., Michael Lamensdorf, M.D., P.C., a Florida Professional Corporation, Bayou JennKay, Inc., a Florida corporation and Kathy Lamensdorf, individually and as an officer of Bayou JennKay, Inc., Defendants in this case. I am familiar with the facts and circumstances of the case.

766739v.1

3.  No disciplinary proceedings or criminal charges have ever been instituted against me, nor are any disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.  I promise to uphold the high standards of the Bar in this case.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalty of perjury.

Dated: June 2, 2005

_____
JOSEPH A. TSOMBANIDIS


STATE OF FLORIDA

COUNTY OF SARASOTA

Sworn to and subscribed before me this 2nd day of June, 2005 by JOSEPH A. TSOMBANIDIS, who is personally known  X , OR has produced _____ as identification.

OFFICIAL SEAL
GINA K. VALENTINO
Notary Public State of Florida
Comm. # DD 349291
Comm. Exp. Aug. 23, 2008

_____
Notary Public, State of Florida

My Commission Expires:_____