UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-10970-DPW |

## MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL S. TAAFFE

　　　　Pursuant to Local Rule 83.5.3 of this Court, Matthew E. Miller, a member of the Bar of this Court who is an attorney with the firm of Foley Hoag, LLP, moves for the admission to the Bar of this Court, *pro hac vice*, of Michael S. Taaffe, a partner of the firm of Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota Florida. As grounds for this Motion, the undersigned counsel respectfully represents the following:

　　　　1.　　Mr. Taaffe is and has been a member in good standing of the Bar of the State of Florida.

2.	No disciplinary proceedings or criminal charges have even been instituted against Mr. Taaffe, nor are any disciplinary proceedings pending against Mr. Taaffe as a member of the Bar in any jurisdiction.

3.	Mr. Taaffe is familiar with the facts and circumstances of this case having represented defendants since plaintiffs first brought this action.

4.	Mr. Taaffe is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.	The Affidavit of Michael S. Taaffe in support of this motion is attached hereto as Exhibit "A".

WHEREFORE, the undersigned counsel respectfully moves Mr. Taaffe's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

*/s/ Matthew E. Miller*
Brandon F. White, BBO# 525020
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Dated: June 7, 2005                              (617) 832-1000

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The parties have met and conferred in a good faith attempt to resolve or narrow the issues presented by this motion, in compliance with Local Rule 7.1(A)(2).

*/s/ Matthew E. Miller*
Matthew E. Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,

Plaintiffs,

v.

MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,

Defendants.

**CIVIL ACTION NO. 05-10970-DPW**

## AFFIDAVIT OF MICHAEL S. TAAFFE, ESQ. IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, MICHAEL S. TAAFFE, Esq., hereby declare as follows:

1. I am and have been a member in good standing of the Bar of the State of Florida.

2. I am a partner at Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota, Florida, and am counsel to Michael Lamensdorf, individually and as a shareholder of ZHL, Inc., Michael Lamensdorf, M.D., P.C., a Florida Professional Corporation, Bayou JennKay, Inc., a Florida corporation and Kathy Lamensdorf, individually and as an officer of Bayou JennKay, Inc., Defendants in this case. I am familiar with the facts and circumstances of the case.

766641v.1

3. No disciplinary proceedings or criminal charges have ever been instituted against me, nor are any disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I promise to uphold the high standards of the Bar in this case.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalty of perjury.

Dated: _June 7th_, 2005

_____
MICHAEL S. TAAFFE

STATE OF FLORIDA

COUNTY OF SARASOTA

Sworn to and subscribed before me this _7th_ day of _June_, 2005 by MICHAEL S. TAAFFE, who is personally known _X_, OR has produced _____ as identification.

OFFICIAL SEAL
Mary E. Hayes
Notary Public State of Florida
Commission # DD 96603
Comm. Exp. April 15, 2006

_____
Notary Public, State of Florida

My Commission Expires: _4-15-06_

766641v.1