UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>       Plaintiffs,<br><br>       v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>       Defendants. | **CIVIL ACTION NO. 05-10970-DPW** |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED COPIES OF STATE COURT RECORD PURSUANT TO LOCAL RULE 81.1**

Defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou JennKay, Inc. and Kathy Lamensdorf (collectively "defendants") hereby move for an extension of time to file certified copies of all records, proceedings and docket entries filed in the Massachusetts Superior Court, Essex County, prior to the removal of this action to this Court on May 10, 2005.  Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts requires that certified copies of the state court record be filed with the federal court within thirty (30) days of filing a Notice of Removal.  By letter dated May 10, 2005, defendants requested that the state court prepare such certified copies, and have made diligent efforts to obtain the certified

copies from the state court. A copy of the May 10, 2005 letter is attached hereto at Exhibit A. However, the state court has not been able to prepare the records within the required time period. Defendants respectfully request that the Court extend the time for filing the certified copies until June 23, 2005. In support of this Motion, defendants submit the accompanying memorandum.

WHEREFORE, defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou JennKay, Inc. and Kathy Lamensdorf respectfully request that the Court extend the time to file certified copies of all records, proceedings and docket entries filed in the state court up to and including June 23, 2005.

                    Respectfully submitted,

                    MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

*/s/ Matthew E. Miller*
Brandon F. White, BBO# 525020
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Dated: June 9, 2005        (617) 832-1000

OF COUNSEL:
ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED
Michael S. Taaffe (Fla. Bar No. 490318)
240 South Pineapple Avenue
Sarasota, Florida 34230-6948
(941) 366-6660
(941) 366-3999 (fax)

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The parties have conferred in a good faith attempt to resolve or narrow the issues presented by this motion, in compliance with Local Rule 7.1(A)(2).

*/s/ Matthew E. Miller*
Matthew E. Miller



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Matthew E. Miller
Boston Office
617) 832-3041
mmiller@foleyhoag.com

May 10, 2005

**By Federal Express**

Clerk of Court
Essex Superior Court
145 High Street
Newburyport, MA 01950

      Re:   Ophnet, Inc., et al v. Michael Lamensford, et al.
             Civil Action No. 02-0419

Dear Sir or Madam:

      Enclosed for filing in the above-entitled action is Notice of Filing Notice of Removal, attached to which is a copy of the Notice of Removal filed on May 10, 2005 in the United States District Court for the District of Massachusetts. Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice effects the removal of this action from this Court.

      In accordance with Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant is required to file with that Court certified copies of all papers filed in this action, including the enclosed Notice and a certified copy of the docket sheet. Accordingly, after you have filed and docketed the enclosed Notice, please prepare <u>certified</u> copies of all case papers and the docket in this action and forward them to my attention.

      Kindly advise the undersigned of any copying fee in connection with this request and a check will be forwarded immediately.

      Thank you for your assistance in this matter.

Very truly yours,

Matthew E. Miller

MEM:JD
ENCS.
cc:   Edward Foye, Esq. (w/ enclosures)
        Michael Taaffe, Esq. (w/ enclosures)