UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>　　　　　Defendants. | **CIVIL ACTION NO. 05-10970-DPW** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED COPIES OF STATE COURT RECORD PURSUANT TO LOCAL RULE 81.1**

　　　　Defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou JennKay, Inc. and Kathy Lamensdorf (collectively "defendants") respectfully request that this Court extend the time for defendants to file certified copies of all records, proceedings and docket entries filed in the state court as required by Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts.  In support of their Motion, defendants state as follows:

　　　　1.　　On May 10, 2005, defendants filed a Notice of Removal of this action from Massachusetts Superior Court, Essex County.

　　　　2.　　Local Rule 81.1 provides that "[w]ithin thirty (30) days after filing a notice for removal of an action from a state court to this court pursuant to 28 U.S.C. § 1446, the party filing

the notice shall file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court."

3. By letter dated May 10, 2005, the same day this action was removed to federal court, defendants requested that the state court clerk prepare such certified copies to be filed pursuant to pursuant to Local Rule 81.1. A copy of the May 10, 2005 letter is attached to the Motion at Exhibit A.

4. On May 31, 2005, defendants inquired by telephone as to the status of the request for certified copies. That state court clerk's office responded that although the case file was large, they planned to have copying and certification completed by June 9, 2005, the deadline for filing pursuant to Local Rule 81.1.

5. Defendants contacted the state court again on June 3, 2005, and June 7, 2005 to inquire as to the progress of copying and certification. The state court clerk's office responded that every effort was being made to have the copying and certification completed by June 9, 2005.

6. On June 9, 2005, the state court clerk's office informed defendants that the copying process has been interrupted due to malfunctioning copier equipment, and that they are currently waiting for a technician to service the machinery.

7. Defendants believe that a two week extension should allow for the necessary service and repair to the state court clerk's office copying equipment and for the copying and certification process to be completed.

WHEREFORE, defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou JennKay, Inc. and Kathy Lamensdorf respectfully request that the Court extend the time to file certified copies of all records, proceedings and docket entries filed in the state court up to and including June 23, 2005.

Respectfully submitted,

MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

Dated: June 9, 2005

/s/ Matthew E. Miller
Brandon F. White, BBO# 525020
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

OF COUNSEL:
ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED
Michael S. Taaffe (Fla. Bar No. 490318)
240 South Pineapple Avenue
Sarasota, Florida 34230-6948
(941) 366-6660
(941) 366-3999 (fax)