UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,

       Plaintiffs,

v.

MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,

       Defendants.

CIVIL ACTION NO. 05-10970-DPW

### AFFIDAVIT OF MICHAEL S. TAAFFE, ESQ. IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, MICHAEL S. TAAFFE, Esq., hereby declare as follows:

1. I am and have been a member in good standing of the Bar of the State of Florida.

2. I am a partner at Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota, Florida, and am counsel to Michael Lamensdorf, individually and as a shareholder of ZHL, Inc., Michael Lamensdorf, M.D., P.C., a Florida Professional Corporation, Bayou JennKay, Inc., a Florida corporation and Kathy Lamensdorf, individually and as an officer of Bayou JennKay, Inc., Defendants in this case. I am familiar with the facts and circumstances of the case.

766641v.1

3. No disciplinary proceedings or criminal charges have ever been instituted against me, nor are any disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I promise to uphold the high standards of the Bar in this case.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalty of perjury.

Dated: _____, 2005

_____
MICHAEL S. TAAFFE

STATE OF FLORIDA

COUNTY OF SARASOTA

Sworn to and subscribed before me this 7th day of June, 2005 by MICHAEL S. TAAFFE, who is personally known  X , OR has produced _____ as identification.

OFFICIAL SEAL
Mary E. Hayes
Notary Public State of Florida
Commission # DD 96603
Comm. Exp. April 15, 2006

_____
Notary Public, State of Florida

My Commission Expires: 4-15-06

766641v.1