UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY, INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-10970-DPW |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT RECORDS

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, defendants Michael Lamensdorf, Michael Lamensdorf, M.D., P.C., Bayou Jennkay, Inc., and Kathy Lamensdorf hereby file certified copies of all records and proceedings in the state court action (Essex Superior Court Civil Action No. B02-0419), including the list of docket entries.

- 2 -

                    Respectfully submitted,

                    MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

                    By their attorneys,

                    */s/ Brandon F. White /IJM*
                    Brandon F. White, BBO# 525020
                    Ian J. McLoughlin, BBO# 647203
                    Matthew E. Miller, BBO# 655544
                    FOLEY HOAG, LLP
                    155 Seaport Boulevard
                    Boston, MA 02210
Dated: June 21, 2005     (617) 832-1000

                    OF COUNSEL:
                    ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED
                    Michael S. Taaffe (Fla. Bar No. 490318)
                    240 South Pineapple Avenue
                    Sarasota, Florida 34230-6948
                    (941) 366-6660
                    (941) 366-3999 (fax)

## CERTIFICATE OF SERVICE

I, Ian J. McLoughlin, hereby certify that on the 21st day of June, 2005, I served the foregoing by first-class mail, postage pre-paid, on the following counsel of record:

    Edward Foye, Esq.
    Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109

                    */s/ Ian J. McLoughlin*
                    Ian J. McLoughlin

B3051436.1