UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. HIRSCH and RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc., and ZHL, Inc.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 0510902-DPW |
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY,INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>    Defendants. | CIVIL ACTION NO. 05-10970-DPW |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT**

Defendants Dr. Michael Lamensdorf, Michael Lamensdorf, M.D., P.A., Bayou JennKay, Inc., and Kathy Lamensdorf (hereafter collectively referred to as "Defendants") respectfully

B3058068.1

request that the Court grant the parties a one-day extension of time to file their Joint Statement pursuant to the Court's Notices of Scheduling Conference, Orders for Joint Statement and Certifications, and Orders for Electronic Filing dated May 10, 2005 and May 13, 2005. The Joint Statement is due today (five business days prior to the Scheduling Conference on July 12, 2005), but Defendants seek leave for the parties to file it tomorrow due to a misunderstanding about when opposing counsel would be available to discuss the Joint Statement. Counsel for Defendants sent counsel for Plaintiffs a draft of the Joint Statement by fax and e-mail on Friday, July 1, 2005. Plaintiff's counsel, however, has been out of the office from Friday, July 1, 2005 through today, so has not yet commented on the draft. The parties will finalize the Joint Statement and file it as soon as Plaintiff's counsel returns to the office, which counsel for Defendants understands will be tomorrow.

Respectfully submitted,

MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.A., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

*/s/ Ian J. McLoughlin*
Brandon F. White, BBO# 525020
Ian J. McLoughlin, BBO# 647203
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

|  |  |
|---|---|
|  | OF COUNSEL:<br>ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED<br>Michael S. Taaffe<br>Joseph A. Tsombanidis<br>240 South Pineapple Avenue<br>Sarasota, Florida 34230-6948<br>(941) 366-6660 |
| Dated: July 5, 2005 | (941) 366-3999 (fax) |

## CERTIFICATION UNDER LOCAL RULE 7.1

    The undersigned hereby certifies that, as required by Local Rule 7.1, counsel for the defendants contacted counsel for plaintiffs to discuss the Joint Statement by fax, e-mail and telephone on July 1, 2005 and again by telephone on July 5, 2005. Plaintiffs' counsel, however, has been out of the office, necessitating the filing of this motion.

                                        */s/ Ian J. McLoughlin*
                                        Ian J. McLoughlin, BBO# 647203