UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OPHNET, INC., A Massachusetts Corporation<br>and JOHN A. HIRSCH and RONALD W. ZOLLA,<br>Individually and as Shareholders of<br>ZHL, INC., A Massachusetts Corporation, and<br>KENNETH CRAM,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL LAMENSDORF, Individually and<br>as a Shareholder of ZHL, INC.;<br>MICHAEL LAMENSDORF, M.D., P.C.,<br>A Florida Professional Corporation;<br>BAYOU JENNKAY, INC., a Florida Corporation;<br>and KATHY LAMENSDORF, Individually and<br>as an officer of Bayou JennKay, Inc.; and<br>ZHL, INC., a Massachusetts Corporation,<br><br>　　　　　　　　Defendants. | Civil Action No.<br>05-10970-DPW |

## PLAINTIFF'S CERTIFICATE UNDER LOCAL RULE 16.1(D)(3)

Plaintiffs, Ophnet, Inc., John A. Hirsch, Ronald W. Zolla and Kenneth Cram, and their counsel, hereby certify, pursuant to Local Rule 16.1.(D)(3), that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

2. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

OPHNET, INC., JOHN A. HIRSCH, RONALD W. ZOLLA, and KENNETH CRAM,

By their Attorneys,

/s/ Edward Foye
J. Owen Todd (BBO # 499480)
Edward Foye (BBO #562375)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
617-720-2626

Date: July 11, 2005

## CERTIFICATION

We hereby certify that we have had discussions with our attorneys with a view towards establishing a budget for the costs of conducting various courses of this litigation. We also have discussed and considered the resolution of this litigation through the use of appropriate alternative dispute resolution programs.

_____
John Hirsch (on behalf of Ophnet, Inc.)

_____
John A. Hirsch

_____
Ronald W. Zolla

_____
Kenneth Cram