STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERKS OFFICE
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
SUITE 2301
BOSTON, MA 02210

05CV10970DPW  #1of4

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____   ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

**UNITED STATES POSTAL SERVICE**

**OFFICIAL BUSINESS**



**SENDER INSTRUCTIONS**

Print your name, address and ZIP Code in the space below.
- Complete items 1, 2, 3, and 4 on the reverse.
- Attach to front of article if space permits, otherwise affix to back of article.
- Endorse article "Return Receipt Requested" adjacent to number.

**U.S.MAIL**

**PENALTY FOR PRIVATE USE, $300**

**RETURN TO**

Print Sender's name, address, and ZIP Code in the space below.

CLERKS OFFICE

UNITED STATES DISTRICT COURT

1 COURTHOUSE WAY

SUITE 2301

BOSTON, MA 02210

05CV 10770 DPW #4 of 4

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.

Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. **The return receipt fee will provide you the name of the person delivered to and the date of delivery.** For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.

1. ☐ Show to whom delivered, date, and addressee's address.   2. ☐ Restricted Delivery
              *(Extra charge)*                                              *(Extra charge)*

| 3. Article Addressed to: | 4. Article Number |
|---|---|
|  | Type of Service:<br>☐ Registered ☐ Insured<br>☐ Certified ☐ COD<br>☐ Express Mail ☐ Return Receipt for Merchandise<br><br>Always obtain signature of addressee or agent and DATE DELIVERED. |
| 5. Signature —Address<br>X<br>6. Signature — Agent<br>X<br>7. Date of Delivery | 8. Addressee's Address *(ONLY if requested and fee paid)* |

PS Form **3811,** Mar. 1988      ★ U.S.G.P.O. 1988-212-865      **DOMESTIC RETURN RECEIPT**