

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152**

TO:  RE:

Essex Superior Court  CIVIL ACTION #. __05cv10970__
34 Federal Street
Salem, MA 01970  CRIMINAL #. _____

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on __7/13/05__ by the Honorable __Judge Woodlock__.

The following documents are included in our file and transmitted herewith:

    ( x )    Certified copy of the docket entries;1-35

    ( x )    Certified copy of the transferral order;

    ( )    Original documents numbered _____

    ( )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH THORNTON
CLERK OF COURT

Date: 7/21/05  By: __/s/ Richard Nici__
                                                          Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

                                                        By: _____
                                                            Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)